UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Damon Lee Dunagan,

Petitioner,

v.

Nethanjah Breitenbach, *et al.*,

Respondents.

Case No. 3:26-cv-00399-ART-CSD

ORDER

This habeas matter is before the Court for Petitioner Damon Lee Dunagan's Motion for Appointment of Counsel. ECF No. 10. In August 2026, the Court screened Dunagan's petition and directed service of the petition. ECF No. 7. In addition, the Court noted that counsel may be helpful in this case and instructed Dunagan to file a motion for appointment of counsel within 30 days, otherwise the Court would not appoint counsel and issue a scheduling order on the petition.

The Court finds that appointment of counsel in this case is in the interests of justice, given, among other things, the complexity of Dunagan's claims, his lengthy sentence, that his petition may raise relatively complex issues, and that it is unclear whether he will be able to adequately articulate his claims in proper person with the resources available to him. Therefore, Dunagan's motion for appointment of counsel is granted and the Court will provisionally appoint the Federal Public Defender to represent him.

**IT THEREFORE IS ORDERED:**

1. Petitioner's Motion for Appointment of Counsel (ECF No. 10) is granted.
2. The Federal Public Defender is provisionally appointed as counsel and will have 30 days to undertake direct representation of Petitioner or to indicate the office's inability to represent Petitioner in these proceedings. If the Federal Public Defender is unable to represent Petitioner, the

Court will appoint alternate counsel. The counsel appointed will represent Petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw. A deadline for the filing of an amended petition and/or seeking other relief will be set after counsel has entered an appearance. The Court anticipates a deadline of approximately 60 days from entry of the formal order of appointment.

3. Any deadline established and/or any extension thereof will not signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).
4. The Clerk of Court is further directed to send a copy of this order to the *pro se* Petitioner, the Nevada Attorney General, the Federal Public Defender, and the CJA Coordinator for this division

DATED THIS 8th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE